**U.S. Department of Justice**

*United States Attorney*
*Eastern District of New York*

ABS/SWR
F. #2017R01696

*271 Cadman Plaza East*
*Brooklyn, New York 11201*

November 10, 2018

<u>**Via ECF**</u>

The Honorable Sterling Johnson Jr.
United States District Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

      Re:    United States v. Mishelle Neginsky Singer
            <u>Criminal Docket No. 17-609 (SJ)</u>

Dear Judge Johnson:

      The government writes on behalf of both parties to respectfully request that defendant Mishelle Neginsky Singer's sentencing be adjourned until March 2019. Ms. Singer is currently set to be sentenced on November 15, 2018. Ms. Singer pleaded guilty in December 2017 to a conspiracy that will be the subject of <u>United States v. Pikus, et al.</u>, 16-CR-329, a related case that is currently pending before this Court and set for trial on January 28, 2019. Adjourning the sentencing until after the resolution of the <u>Pikus</u> trial will give the Court the opportunity to see the presentation of evidence related to the conspiracy, which will aid the Court in determining Ms. Singer's sentence. The defendant, through her counsel, joins in this request and the Probation Office has no objection.

      Respectfully submitted,

      SANDRA L. MOSER
      Acting Chief
      Fraud Section, Criminal Division
      U.S. Department of Justice

By:    /s/
      A. Brendan Stewart
      Sarah Wilson Rocha
      Trial Attorneys
      Criminal Division, Fraud Section
      U.S. Department of Justice

Cc:    Justine Harris, Esq., Emma Spiro, Esq. (via ECF)